THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN SUPE, Appellant.

(Argued March 14, 1916; decided April 11, 1916.)

APPEAL from a judgment of the Supreme Court rendered October 1, 1915, at a Trial Term for the county of Nassau upon a verdict convicting the defendant of the crime of murder in the first degree.

*Neil H. Vandewater* and *Edgar Jackson* for appellant.

*Lewis J. Smith* and *Charles I. Wood* for respondent.

Judgment of conviction affirmed; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and SEABURY, JJ.